UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK CONNER, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:18-cv-00729 HEA |
| | ) | |
| v. | ) | |
| | ) | |
| DOOLING MACHINE PRODUCTS, INC., et al, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST TO PASS CASE FOR SETTLEMENT

Come now the parties and request that this matter be passed for settlement. The parties request that they be given ninety (90) days to dispose of this matter.

The parties further request the postponement of the Joint Scheduling Plan and Rule 16 Conference.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri  63131
Phone: (314) 727-1015
Fax:     (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, the foregoing was filed electronically with the Clerk of the Court and a copy was served via the ECF filing system to all participating parties.

/s/ Greg A. Campbell