UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK CONNER, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:18-cv-00729 HEA |
| | ) | |
| v. | ) | |
| | ) | |
| DOOLING MACHINE PRODUCTS, INC., et al, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Come now the parties and jointly stipulate to the dismissal of this matter without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| HAMMOND AND SHINNERS, P.C. | HUSCH BLACKWELL, LLP |
| 13205 Manchester Road, Ste. 210 | 190 Carondelet Plaza, Ste. 600 |
| St. Louis, Missouri 63131 | St. Louis, Missouri 63105 |
| Phone (314) 727-1015 | Phone (314) 480-1500 |
| Fax (314) 727-6804 | Fax (314) 480-1505 |
| | |
| /s/ Greg A. Campbell | /s/ Terry L. Potter     (w/consent) |
| GREG A. CAMPBELL, #35381MO | TERRY L. POTTER, #28730MO |